UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CLARK,

              Plaintiff(s),

    v.

KURT LIDTKE GALLERY LLC, et al.,

              Defendant(s).

NO. C04-2104P

MINUTE ORDER

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman:

Plaintiff's counsel is hereby directed to file with the Court a status report, not to exceed three pages in length, detailing Defendant's compliance with the orders of the Court and the anticipated resolution date of this litigation. The report is to be filed with the Court no later than **June 17, 2005**.

Filed this 6th day of June, 2005.

BRUCE RIFKIN, Clerk

By     /s Mary Duett
        Deputy Clerk

MINUTE ORDER